74 F.3d 1225
 Black Diamond Energies, Inc., d/b/a B.D.E. Black Diamond
Energy, Inc., Keystone Coal Company, Philippi
Development, Inc.
v.
Kitt Energy Corporation, Pike Coal Company, Royal Land
Company, Standard Oil Company; Black Diamond Energies, Inc.,
d/b/a B.D.E. Black Diamond Energy, Inc., Keystone Coal
Company, Philippi Development, Inc. v. Kitt Energy
Corporation, Pike Coal Company, Royal Land Company, Standard
Oil Company
 NOS. 95-3204, 95-3205
 United States Court of Appeals,
Third Circuit.
 Dec 05, 1995
 
 Appeal From: W.D.Pa., No. 94-cv-00222,
 Ziegler, J.
 
 
 1
 AFFIRMED.